# AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, a Notary Public, duly commissioned and qualified in and for the aforesaid state and city personally came and appeared

### KENDALL BULLEN

a person of the full age of majority, who declared that:

1. I am currently employed by the Bogalusa Police Department.

2. On August 20, 2012, after Julie Knight completed her written statement regarding an incident that occurred at the court house with Chad Cassard, I walked Ms. Knight to her automobile since it was raining and she didn't have an umbrella.

3. Julie Knight was the first of all witnesses to leave the Washington Parish Sheriff's Office station.

4. Julie Knight had left the Washington Parish Sheriff's Office station before Douglas Dendinger was brought to the station on the evening of August 20, 2012.

_____
KENDALL BULLEN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __2__ DAY
OF DECEMBER, 2015.

_____
NOTARY PUBLIC

_John M Robin #11341_
PRINT NAME AND BAR NO.

EXHIBIT 2