## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

BEFORE ME, a Notary Public, duly commissioned and qualified in and for the aforesaid state and city personally came and appeared

**LEWIS MURRAY**

a person of the full age of majority, who declared that:

1. He is the supervisor over the Washington Parish District Attorneys Office, where he has been employed for the past twenty-five (25) years, and was employed there at the time of the *State of Louisiana versus Logan Mills* case, and at the time of the screening of the Douglas Dendinger matter;

2. Julie Knight did not contact me at the conclusion of the *State of Louisiana versus Logan Mills* trial about giving a witness statement;

3. Julie Knight did not take part in any discussions, plans, or screening of the charges filed against Douglas Dendinger in Washington Parish, Case 13-CR9-122594, *State of Louisiana versus Douglas Dendinger*;

4. To my knowledge, Julie Knight did not have access to the Douglas Dendinger case file nor did she review anything regarding this case while it was in the Washington Parish District Attorney's office.

_____
LEWIS MURRAY

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ____ DAY
OF DECEMBER, 2015.

_____
NOTARY PUBLIC
J. Shoepete #59058
PRINT NAME AND BAR NO.

**EXHIBIT 3**