UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOGAN N. MILLS | CIVIL ACTION NO. 13-5477 |
| VERSUS | SECTION "C" |
| CITY OF BOGALUSA, ET AL | MAGISTRATE (3) |

CONSOLIDATED WITH

| | |
|---|---|
| DOUGLAS L. DENDINGER | CIVIL ACTION NO. 14-1837 |
| VERSUS | SECTION "C" |
| CITY OF BOGALUSA, ET AL | MAGISTRATE (3) |

*This Pleading Pertains to No. 14-1837*

AFFIDAVIT OF SCOTT KNIGHT

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public, personally came and appeared:

SCOTT KNIGHT

who, after being sworn by me, declared that:

1. I am an individual of the full age of majority, residing in Madisonville, St. Tammany Parish, Louisiana and am fully competent to make the declarations set forth herein, which are made of my own personal knowledge.

2. I am the husband of Julie M. Knight ("Julie"), defendant in the lawsuit filed herein by Douglas L. Dendinger.

3. Julie and I have resided in Madisonville, Louisiana for some ten (10) years and live there with our two (2) minor children.



EXHIBIT 4

4. In August, 2012, my wife participated in the trial of Logan Mills ("Mills"), which took place in Franklinton, Washington Parish, Louisiana.

5. The trial lasted for some eight (8) days, during which Julie was working long hours away from our family in a parish other than her normal assignment in St. Tammany Parish and I was left to care for our two children, basically, on my own.

6. I specifically recall that the events of the evening of August 20, 2012. The Mills trial concluded that evening and I was expecting Julie to come straight home after the trial to be with me and our children. Instead, I received a phone call from Julie shortly after 7:30 p.m., informing me that there had been an incident that occurred outside the courthouse when she was leaving, that she had to go to the Washington Parish Sheriff's Office to prepare a written witness statement and that, as a result, she would be delayed coming home. Julie promised me that she would come directly home just as soon as she had finished writing her witness statement.

7. I specifically recall that Julie arrived at our home in Madisonville, Louisiana, which is some 40 miles from Franklinton, Louisiana at approximately 9:00 p.m. on the evening of August 20, 2012.

_____
SCOTT KNIGHT

Sworn to and subscribed
before me, this 3rd day of
March, 2016.

_____
NOTARY PUBLIC
DAVID R. PADDISON
Bar # 2568