UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOGAN N. MILLS | ) | CIVIL ACTION NO.: 2013-5477 |
| | ) | Consolidated with No.: 2014-1837 |
| *Plaintiff* | ) | |
| v. | ) | JUDGE NANNETTE J. BROWN |
| | ) | |
| CITY OF BOGALUSA, ET AL. | ) | |
| | ) | MAGISTRATE JUDGE DANIEL |
| *Defendants* | ) | E. KNOWLES, III |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

**BEFORE ME**, the undersigned authority, duly commissioned and qualified in and for the Parish and State aforementioned, and in the presence of the witnesses hereinafter named and undersigned, personally came and appeared:

### LEIGH ANNE WALL

who, being duly sworn, did depose and state that:

I, Leigh Anne Wall, confirm that Julie Knight was not present at the Washington Parish jail when the plaintiff, Douglas L. Dendinger, was brought in after his arrest on August 20, 2012. To my knowledge, Ms. Knight had no role in the arrest of the plaintiff or in the charges brought against him. To the best of my knowledge and recollection, Ms. Knight was the first to leave the Sheriff's Office on August 20, 2012.



EXHIBIT 5

Page 1 of 2

Further, Affiant sayeth not.

WITNESSES:

_____

Anne M. Montalbano
Witness' Printed Name

_____

Theresa Cardenas
Witness' Printed Name

AFFIANT:

_____
LEIGH ANNE WALL

**SWORN AND SUBSCRIBED** before me, Notary Public, this 1st day of March, 2016, in the presence of each other and after due reading of the whole.

_____
Notary Public