MINUTE ENTRY
KNOWLES, M.J.
SEPTEMBER 26, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOGAN N. MILLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5477**<br>**c/w 14-1837** |
| **BOGALUSA CITY, ET AL** | **SECTION "G" (3)** |

Following numerous discussions among the parties, the above-captioned case has settled.

Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

*[signature]*

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**Hon. Nannette Jolivette Brown**

MJSTAR(4:00)