**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LOGAN N. MILLS** | **CIVIL ACTION NO. 13-cv-05477** |
| **PLAINTIFF** | |
| | **SECTION "G"** |
| **VERSUS** | **JUDGE JOLIVETTE BROWN** |
| | |
| **CITY OF BOGALUSA, ET AL** | **MAG. DIV. (3)** |
| **DEFENDANTS** | **MAGISTRATE JUDGE KNOWLES** |

**CONSOLIDATED WITH**

| | |
|---|---|
| **DOUGLAS L. DENDINGER** | **CIVIL ACTION NO. 14-cv-01837** |
| | |
| **VERSUS** | **SECTION "G"** |
| | |
| **CITY OF BOGALUSA, ET AL** | **MAG. DIV. (3)** |
| | <u>**This Pleadings Pertains to No. 14-01837**</u> |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**ORDER**</u>

Considering the foregoing Stipulation of Partial Dismissal With Prejudice,

IT IS ORDERED that this action be and is hereby DISMISSED WITH PREJUDICE as against Walter P. Reed, in his official capacity as former District Attorney, 22nd Judicial District, State of Louisiana, Leigh Anne Wall, and Julie Knight, with each party to bear his, her or its own costs and attorney fees; except that this dismissal shall have no effect whatsoever on any claims that any of the said dismissed Defendants have or may have against one another or any party other than Douglas L. Dendinger for reimbursement of his, her or its attorney fees and/or costs and expenses.

New Orleans, Louisiana this __15th__ day of November, 2016.

**HON. NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT COURT JUDGE**