## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOGAN N. MILLS** | **CIVIL ACTION NO.: 13-5477 C/W** |
|     Plaintiff | 14-1837 |
| **VERSUS** | **SECTION "G"** |
| **CITY OF BOGALUSA, ET AL** | **MAGISTRATE 3** |
|     Defendants | |

### CONSOLIDATED WITH

| | |
|---|---|
| **DOUGLAS L. DENDINGER** | **CIVIL ACTION NO.: 14-1837** |
|     Plaintiff | |
| **VERSUS** | **SECTION: "'G"** |
| **CITY OF BOGALUSA, ET AL** | **MAGISTRATE: 3** |
|     Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Joint Motion to Dismiss with Prejudice filed by the Plaintiffs, Logan N. Mills and Douglas L. Dendinger and the Defendants, City of Bogalusa, Joe Culpepper, Kendall Bullen, Chad Cassard and Scott Seals, and the representations made therein;

IT IS HEREBY ORDERED that this matter shall be and is hereby DISMISSED WITH PREJUDICE, each party to bear their own costs.

DONE, at New Orleans, Louisiana, this __3rd__ day of February, 2017.

*Nannette Jolivette Brown*
UNITED STATES DISTRICT COURT JUDGE